

# THE STATE OF TEXAS
## MANDATE

TO THE 6TH DISTRICT COURT OF RED RIVER COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 27th day of January, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Billy Wayne Marcy, Appellant

v.

The State of Texas, Appellee

No. 06-14-00155-CR

Trial Court No. CR01988

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the attorney fees assessed. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Billy Wayne Marcy, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 26th day of March, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*